IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLAUDIA INGLE,**

    **Plaintiff,**

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**                      **No. 10-cv-1002-DRH-CJP**

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

        Before the Court is a Report and Recommendation (the Report) (Doc. 20) issued on October 28, 2011, by United States Magistrate Judge Clifford J. Proud recommending that the final decision of the Commissioner of Social Security (the Commissioner) finding that plaintiff Claudia Ingle is not disabled and therefore not entitled to disability insurance benefits be reversed and remanded to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g). Accordingly, Magistrate Judge Proud recommends that plaintiff's motion for summary judgment (Doc. 12) be granted.

        Upon issuance, the Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" by November 17, 2011. To date, none of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

Thus, the Court **ADOPTS** the Report in its entirety (Doc. 20).  The final decision of the Commissioner finding that plaintiff is not disabled is **REVERSED and REMANDED**  back to the Commissioner for rehearing and reconsideration of evidence, consistent with the issues addressed in the Report.  The Clerk is to enter judgment accordingly.

    **IT IS SO ORDERED.**

    Signed this 21st day of November, 2011.

                                    David R. Herndon
                                    2011.11.21
                                    06:49:31 -06'00'

                **Chief Judge**
                **United States District Court**