IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLAUDIA INGLE,

Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.                                                  No. 10-CV-1002-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on an unopposed motion for remand.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 21, 2011, judgment is entered as follows: The final decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Commissioner for rehearing and reconsideration of evidence.--------------------------

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:    *s/Sandy Pannier*
           **Deputy Clerk**

Dated: November 22, 2011

David R. Herndon
2011.11.22
17:30:27 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT