UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLAUDIA INGLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:10-cv-01002 ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | ) ) ) ) |

## ORDER

This matter comes before the Court on the parties' Joint Stipulation For an Award of Attorney's Fees Under the Equal Access to Justice Act (Doc. 24) filed in response to plaintiff's Motion for Attorney Fees (Doc. 23). The Court, having read the Stipulation and being duly advised, hereby acknowledges the stipulation orders that plaintiff be awarded as follows:

1) $6,150 for attorney fees and expenses under 28 U.S.C. § 2412(d); and

2) $350.00 for costs under 28 U.S.C. § 2412(a).

This award will satisfy all of plaintiff's claims for fees, expenses, and costs under 28 U.S.C. § 2412.

**IT IS SO ORDERED.**

**DATED: January 13, 2012**

David R. Herndon
2012.01.13
11:48:44 -06'00'

**Chief Judge**
**United States District Court**